IN THE DISTRICT COURT FOR THE DISTRICT OF COLORADO


MALON DEAN TYGRETT,
            Plaintiff

vs.                                                    Cause No. _____

CITY AND COUNTY OF DENVER,
CITY AND COUNTY OF DENVER ACTING
BY AND THROUGH ITS BOARD OF
WATER COMMISSIONERS, ALSO KNOWN AS
DENVER WATER AND THE MAYOR OF
DENVER, MICHAEL HANCOCK, IN HIS
OFFICIAL CAPACITY
            Defendants


## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO


Pursuant to 28 U.S.C. §1446, Defendant City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), by its attorneys of record, Kristine Bates, Gail Rosenschein and Jessica Brody, and hereby file their Notice of Removal respectfully petitioning the Court for the affirmation of removal of this action from Denver District Court, State of Colorado, to the United States District Court for the District of Colorado.  In support of this Notice of Removal, Defendant states the following:


## I.      INTRODUCTION

1. On December 24, 2018, Plaintiff Malon Dean Tygrett commenced this civil action, against Defendant, and against Defendant City and County of Denver and Mayor of Denver Michael Hancock in Denver District Court, State of Colorado.

2. The Amended Complaint sets forth four claims for relief:

1

    a.  Disability discrimination pursuant to The Americans With Disability Act, 42

        U.S.C. §§12101, et. seq. and The Rehabilitation Act, 29 U.S.C. §§791 and 794;

    b.  Age discrimination pursuant to the Age Discrimination in Employment Act, 29

        U.S.C. §621, et. seq.;

    c.  Workers' compensation retaliation in violation of public policy and common law;

        and

    d.  Retaliation for speech protected by the First Amendment.

## II.     NOTICE OF REMOVAL IS TIMELY

3. On February 25, 2019, Plaintiff served an Amended Complaint on Defendant.

4. Pursuant to 28 U.S.C. §1446(b), Defendant timely filed this Notice of Removal within

thirty days of service of the Amended Complaint.

## III.     FEDERAL JURISDICTION EXISTS

5. This action is removable pursuant to 28 U.S.C. §1441(a), because this Court has original

jurisdiction over the claims brought under federal law  pursuant to 28 U.S.C. §1331 and

jurisdiction over the claim brought under public policy and common law,

6. The Amended Complaint does not specify an amount of damages.

## IV.     REMOVAL TO THIS DISTRICT IS PROPER

7. Removal venue exists in the United States District Court for the District of Colorado

because the Denver District Court is located within the District of Colorado's

jurisdiction.

8. Pursuant to  28 U.S.C. §1446(a) and D.C.COLO.LCivR.81.1, copies of all process,

pleadings and orders served to date upon Defendant are attached to this notice as

Exhibit I.

9.  Defendant's counsel conferred with Plaintiff's counsel, Richard K. Blundell and counsel for the City and County of Denver and Mayor Michael Hancock on March 7, 2019. Neither counsel expressed opposition to Defendant filing this Notice of Removal.

10. Immediately upon filing of this Notice of Removal, Defendant will serve its written notice of the filing to Plaintiff as required by 28 U.S.C. §1446(d) and file a copy of this Notice of Removal with the Clerk of the Denver District Court, from which this action is removed.

11. Defendant reserves the right to amend or supplement this Notice of Removal.

12. Defendant reserves all defenses.

13. This Notice of Removal is signed pursuant to Fed. R.Civ. P. 11.

WHREEFORE, Defendant Denver Water respectfully requests that the above-entitled action be removed to and remain in this United States District Court for the District of Colorado.

Respectfully Submitted,

JESSICA BRODY, General Counsel

s/ *Kristine Bates*
Kristine Bates, No. 26503*
Gail Rosenschein, No. 23724*
Attorneys for Defendant, the City and County of Denver, acting by and through its Board of Water Commissioners
Address:  1600 West 12th Avenue
          Denver, Colorado 80204-3412
Phone Number:  303-628-6460
Fax Number:  303-628-6478
Email:  Kris.bates@denverwater.org
        Gail.rosenschein@denverwater.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the following by the method indicated under their name(s):

Richard K. Blundell, Esq.                      Kristin Merrick, Esq.
Robin Cochran, Esq.                            201 W. Colfax, Dept. 1108
3535 West 12th Street, Suite D                 Denver, CO 80202
Greeley, CO 80634                              kristin.merrick@denvergov.org
risk@rkblaw.net

Attorneys for the Plaintiff                    Attorney for Defendants City and County of
                                               Denver and Mayor Michael Hancock


                                               s/Lori Fraser

                                                       Lori Fraser