(d)     Reinstatement to his position or in the alternative, pay for his job beginning on the date of his termination and extending for a reasonable period into the future;

(e)     Awarding compensatory and consequential damages as allowed;

(f)     Awarding punitive damages as allowed for violations of the First Amendment.

(g)     Awarding injunctive or declaratory relief;

(h)     Awarding the costs of this action, together with reasonable attorney's fees, expert witness fees;

(i)     Awarding prejudgment and post judgment interest as provided for by law; and

(j)     Granting such other or further relief as the Court deems necessary or appropriate, including Plaintiff's reinstatement with a "no retaliation" order in effect.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE**

This 25th day of February, 2019

Respectfully submitted,

/s/ Richard K. Blundell, #10358
Robin Cochran ,#12665
3535 West 12th Street, Suite D
Greeley, Colorado 80634
Tel: (970) 356-8900
Fax: (970) 353-9977
Robincochranlaw@aol.com
rick@rkblaw.net
Attorneys for Plaintiff

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>Denver City and County Building<br>1437 Bannock Street, Room 108<br>Denver, CO 80253 | DATE FILED: February 25, 2019 5:08 PM<br>FILING ID: F8C638CBECFCE<br>CASE NUMBER: 2018CV651<br><br>▲ COURT USE ONLY ▲ |
| **Plaintiff:**  Malon Dean Tygrett,<br><br>**v.**<br><br>**Defendant:**  City and County of Denver, City and County of Denver acting by and through the Board of Water Commissioners of the City and County of Denver, also known as Denver Water and the Mayor of Denver, Michael Hancock, in his official capacity | Case No: 2018CV651<br><br>Ctrm.: 215 |
| Jessica R. Brody, General Counsel, No. 35234<br>Kristine Bates, No. 26503*<br>Gail Rosenschein, No. 23724*<br>Attorneys for the City and County of Denver, acting by and through its Board of Water Commissioners<br>Address: 1600 West 12th Avenue<br>          Denver, Colorado 80204-3412<br>Phone Number: 303-628-6460<br>Fax Number: 303-628-6478<br>E-mail: Kris.bates@denverwater.org<br>          Gail.rosenschein@denverwater.org<br><br>*Counsel of Record | |
| **ENTRY OF APPEARANCE** | |

Kristine Bates and Gail Rosenschein hereby enter their appearance on behalf of Defendant, the City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water").

Respectfully submitted this 25th  day of February 2019.

Case No. 2018CV651
District Court, Denver County

JESSICA BRODY, General Counsel

s/ *Kristine Bates*
Kristine Bates, No. 26503*
Gail Rosenschein, No. 23724*
Attorneys for Defendant, the City and County of
Denver, acting by and through its Board of Water
Commissioners
Address:  1600 West 12th Avenue
               Denver, Colorado 80204-3412
Phone Number:  303-628-6460
Fax Number:  303-628-6478
Email:  Kris.bates@denverwater.org
             Gail.rosenschein@denverwater.org

Case No. 2018CV651
District Court, Denver County

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2019, a true and correct copy of the **ENTRY OF APPEARANCE** was filed and served via CCE-filing to the following:

Richard K. Blundell, Esq.
Robin Cochran, Esq.
3535 West 12th Street, Suite D
Greeley, CO 80634
risk@rkblaw.net

Attorneys for the Plaintiff

E-filed pursuant to rule 121.  A duly signed original
is on file at Denver Water, Office of General Counsel.

*s/Lori Fraser*
Lori Fraser

☐ County Court ☒ District Court
_____ County, Colorado

Court Address: 1437 Bannock St Denver
80202

DATE FILED: February 26, 2019 5:38 PM
FILING ID: 984E0D17B9B8B
CASE NUMBER: 2018CV651

Plaintiff/Petitioner(s):

v. Malon Dean Tyguett
Defendant/Respondent(s)

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
Richard Blundell # 10358
Robin Cochran 12646 bklaw.net
Phone Number: 970 353   E-mail: rick@bklaw.net
FAX Number: 970 353   Atty. Reg. #: 10358
9975

Case Number:

2018 CV 651

Division: 215   Courtroom

**AFFIDAVIT OF SERVICE**

I declare under oath that I am 18 years or older and not a party to the action and that I served **THE FOLLOWING**
DOCUMENTS Summons, Complaint, Amended on the Defendant/Respondent
in City & County Denver (name of County/State) on 2/23/19 (date) at 2:56 (time)
at the following location: 1437 Bannock St # 360

☐ By handing the documents to a person identified to me as the Defendant/Respondent: _____
(print name of person served).

☐ By identifying the documents, offering to deliver them to a person identified to me as the
Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with
_____ (Name of Person) who is a member of the Defendant/Respondent's family and
whose age is 18 years or older. (Identify family relationship)_____.)

☐ By leaving the documents at the Defendant/Respondent's usual workplace with
_____ (Name of Person) who is the Defendant/Respondent's secretary,
administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

☒ By leaving the documents with Cesi Gomez _____ (Name of Person), who as
Executive Asst (title) is authorized by appointment or by law to receive service of process for the
Defendant/Respondent.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e):
_____

☐ **For Eviction Cases Only.**
I have made diligent efforts such as _____ (list
personal service attempts) but have been unable to make personal service on the Defendant/Respondent(s)
and I have made service of the within summons and complaint by posting a copy of them in a conspicuous
place upon the premises described therein.

I have charged the following fees for my services in this matter:

☒ Private process server

☐ Sheriff. _____ County
Fee $ _____ Mileage $ _____

JDF 98   R2/18   AFFIDAVIT OF SERVICE

☑ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION AND ACKNOWLEDGMENT

I _Robert Maxey_ (name) swear/affirm under oath, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

_Robert Maxey_
Printed name

Signature                         2/25/19
                                  Date

Subscribed and affirmed, or sworn to before me in the County of ___Jeld___ State of _Colorado_ this _25th_ day of _February_ 20 _19_ My Commission Expires:
_6-21-22_

Notary Public

LORI HARRIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19984015132
MY COMMISSION EXPIRES JUNE 21, 2022

☐County Court ☐District Court
_Denver_ County, Colorado
Court Address: 1437 Bennock St Suite 350
_Denver, CO 80202_

DATE FILED: February 26, 2019 5:38 PM
FILING ID: 984E0D17B9B8B
CASE NUMBER: 2018CV651

Plaintiff/Petitioner(s): Malon Dean T/9/8?
v.

Defendant/Respondent(s): City of County of Denver, ☒

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
Robin Cochran
3536 W 35th St, Suit D, Greeley, CO 80634
Phone Number:        E-mail:
FAX Number:        Atty. Reg. #:

Case Number:
2018C1651

Division 215 Courtroom

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING
DOCUMENTS _Summons, Complain Amendment Complain_ on the Defendant/Respondent
in _City & County Denver_ (name of County/State) on _2/25/19_ (date) at _2:56pm_ (time)
at the following location: _1437 Bannok St #350_.

☐By handing the documents to a person identified to me as the Defendant/Respondent: _____
(print name of person served).

☐By identifying the documents, offering to deliver them to a person identified to me as the
Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐By leaving the documents at the Defendant/Respondent's usual place of abode with
_____ (Name of Person) who is a member of the Defendant/Respondent's family and
whose age is 18 years or older. (Identify family relationship)_____.)

☐By leaving the documents at the Defendant/Respondent's usual workplace with
_____ (Name of Person) who is the Defendant/Respondent's secretary,
administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

☒By leaving the documents with _Cesi . Gomez_ (Name of Person), who as
_Executive Assistant_ (title) is authorized by appointment or by law to receive service of process for the
Defendant/Respondent.

☐By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e):
_____.

☐**For Eviction Cases Only.**
I have made diligent efforts such as _____ (list
personal service attempts) but have been unable to make personal service on the Defendant/Respondent(s)
and I have made service of the within summons and complaint by posting a copy of them in a conspicuous
place upon the premises described therein.

**I have charged the following fees for my services in this matter:**

☒Private process server

☐Sheriff, _____County
Fee $ _____   Mileage $ _____

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION AND ACKNOWLEDGMENT

I Robert Maxey (name) swear/affirm under oath, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

Robert Maxey
Printed name

Signature                                                                Date

Subscribed and affirmed, or sworn to before me in the County of Weld , State of Colorado , this 25th day of February , 20 19 . My Commission Expires: 6-21-22

**LORI HARRIS**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 19984015132**
**MY COMMISSION EXPIRES JUNE 21, 2022**

Notary Public

| | |
|---|---|
| DENVER DISTRICT COURT<br>STATE OF COLORADO<br>1437 Bannock St., Ste 256 Denver, CO 80202 | DATE FILED: February 26, 2019 5:38 PM<br>FILING ID: 984E0D17B9B8B<br>CASE NUMBER: 2018CV651 |
| **Plaintiff:** Malon Dean Tygrett,<br><br>**v.**<br><br>**Defendant:** City and County of Denver, City and County of Denver acting by and through the Board of Water Commissioners of the City and County of Denver, also known as Denver Water and the Mayor of Denver, Michael Hancock, in his official capacity | ▲ **COURT USE ONLY** ▲ |
| Richard K. Blundell, #10358<br>Robin Cochran, 12665<br>3535 West 12th Street, Suite D<br>Greeley, CO 80634<br>Phone Number:   (970) 356-8900<br>Fax Number:    (970) 353-9977<br>Email:        rick@rkblaw.net<br>Atty Reg. No.:   10358 | Case Number: 2018CV651<br><br>Division: 215 |

| |
|---|
| **SUMMONS** |

**THE PEOPLE OF THE STATE OF COLORADO TO THE ABOVE NAMED DEFENDANT:**
Denver Water

> **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

> If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

DATED this 25ᵗʰ day of February 2019

LAW OFFICE OF RICHARD K. BLUNDELL

By_____

Richard K. Blundell, Reg. No. 10358

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended.  A copy of the Complaint and Jury Demand must be served with this Summons.  This form should not be used where service of publication is desired.

| | |
|---|---|
| DENVER DISTRICT COURT<br>STATE OF COLORADO<br>1437 Bannock St., Ste 256 Denver, CO 80202 | DATE FILED: February 26, 2019 5:38 PM<br>FILING ID: 984E0D17B9B8B<br>CASE NUMBER: 2018CV651 |
| **Plaintiff:** Malon Dean Tygrett,<br><br>**v.**<br><br>**Defendant:** City and County of Denver, City and County of Denver acting by and through the Board of Water Commissioners of the City and County of Denver, also known as Denver Water and the Mayor of Denver, Michael Hancock, in his official capacity | ▲ **COURT USE ONLY** ▲ |
| Richard K. Blundell, #10358<br>Robin Cochran, 12665<br>3535 West 12th Street, Suite D<br>Greeley, CO 80634<br>Phone Number:    (970) 356-8900<br>Fax Number:      (970) 353-9977<br>Email:            rick@rkblaw.net<br>Atty Reg. No.:    10358 | Case Number: 2018CV651<br><br>Division: 215 |
| **SUMMONS** | |

**THE PEOPLE OF THE STATE OF COLORADO TO THE ABOVE NAMED DEFENDANT:**
City and County of Denver

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

     If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

DATED this 25th day of February 2019

LAW OFFICE OF RICHARD K. BLUNDELL

By_____

Richard K. Blundell, Reg. No. 10358

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended.  A copy of the Complaint and Jury Demand must be served with this Summons.  This form should not be used where service of publication is desired.

DENVER DISTRICT COURT
STATE OF COLORADO
1437 Bannock St., Ste 256 Denver, CO 80202

DATE FILED: February 26, 2019 5:38 PM
FILING ID: 984E0D17B9B8B
CASE NUMBER: 2018CV651

**Plaintiff:** Malon Dean Tygrett,

**v.**

**Defendant:**  City and County of Denver, City and
County of Denver acting by and through the Board
of Water Commissioners of the City and County
of Denver, also known as Denver Water and the
Mayor of Denver, Michael Hancock, in his official
capacity

▲ **COURT USE ONLY** ▲

Richard K. Blundell, #10358
Robin Cochran, 12665
3535 West 12th Street, Suite D
Greeley, CO 80634
Phone Number:     (970) 356-8900
Fax Number:       (970) 353-9977
Email:            rick@rkblaw.net
Atty Reg. No.:    10358

Case Number: 2018CV651

Division:  215

| **SUMMONS** |
| --- |

**THE PEOPLE OF THE STATE OF COLORADO TO THE ABOVE NAMED DEFENDANT:**
Mayor of Denver, Michael Hancock, in his official capacity

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court an
answer or other response to the attached Complaint. If service of the Summons and Complaint was
made upon you within the State of Colorado, you are required to file your answer or other response
within 21 days after such service upon you. If service of the Summons and Complaint was made
upon you outside of the State of Colorado, you are required to file your answer or other response
within 35 days after such service upon you. Your answer or counterclaim must be accompanied with
the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the
applicable time period, the Court may enter judgment by default against you for the relief demanded
in the Complaint without further notice.

DATED this 25th day of February 2019

LAW OFFICE OF RICHARD K. BLUNDELL

By_____

Richard K. Blundell, Reg. No. 10358

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended.  A copy of the Complaint and Jury Demand must be served with this Summons.  This form should not be used where service of publication is desired.